UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

Case No.   CV 17- 5401-KS                                          Date: December 18, 2018

Title   *Raymond Bayster v. Liberty Mutual Insurance Company et al.*

Present: The Honorable:   Karen L. Stevenson, United States Magistrate Judge

| Gay Roberson | N/A |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Plaintiffs:              Attorneys Present for Defendants:

**Proceedings: (IN CHAMBERS) ORDER RE: JOINT STIPULATION OF DISMISSAL**

On September 19, 2017, the parties consented to proceed before United States Magistrate Judge Karen L. Stevenson for all further proceedings. (Dkt. No. 17.) On December 14, 2018, the parties filed a Joint Stipulation of Dismissal with Prejudice. (Dkt. No. 34.)

Accordingly, IT IS HEREBY ORDERED that the case is DISMISSED WITH PREJUDICE pursuant to FRCP 41(a)(1)(A)(ii).

**IT IS SO ORDERED**.

:
**Initials of Preparer**   gr